VICTOR TARINO v. HARRY C. KIRCHNER.

September 19, 1973. Petition for certification denied.

IN THE MATTER OF DISCIPLINARY PROCEEDINGS
AGAINST HILLCREST, INC. t/a HILLCREST.

September 19, 1973. Petition for certification denied.

FRANK MEISNER, t/a THE FIVE AND TEN OF NORTH
HALEDON v. AETNA LIFE AND CASUALTY COMPANY,
a/k/a THE AETNA CASUALTY AND SURETY COM-
PANY.

September 19, 1973. Petition for certification denied. (See
124 *N. J. Super.* 343)

STATE OF NEW JERSEY v. WILLIAM THOMPSON.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RUDOLPH J. NARDONE.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN GILBERT.

September 19, 1973. Petition for certification denied.